IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

LISA BEAM STEPHENS and
PAMELA BEAM DRAKE,
Wrongful Death Beneficiaries of
Truman Edward Beam                                                                    PLAINTIFFS

v.                                           CIVIL ACTION NO.: 1:13-cv-00244-GHD-DAS

PROGRESSIVE GULF INSURANCE COMPANY                                GARNISHEE

v.

HOLCOMB LOGGING, LLC; DARRYL HOLCOMB;
JAMES HOLCOMB; and IC TRUCKING                                          DEFENDANTS

## ORDER DENYING PLAINTIFFS' MOTION FOR REMAND

Pursuant to an opinion issued this day, because the Court has subject-matter jurisdiction over this action, Plaintiffs' motion to remand the case to state court [54] is DENIED. Plaintiffs' motion to expedite hearing [55] on the remand motion is DENIED AS MOOT.

SO ORDERED, this, the 6 day of November, 2014.

_____
SENIOR JUDGE