IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

LISA BEAM STEPHENS and
PAMELA BEAM DRAKE,
Wrongful Death Beneficiaries of
Truman Edward Beam                                                          PLAINTIFFS

v.                                          CIVIL ACTION NO.: 1:13-cv-00244-GHD-DAS

PROGRESSIVE GULF INSURANCE COMPANY                                GARNISHEE

v.

HOLCOMB LOGGING, LLC; DARRYL HOLCOMB;
JAMES HOLCOMB; and IC TRUCKING                                    DEFENDANTS

## ORDER GRANTING GARNISHEE'S MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Pursuant to an opinion issued this day, the Court ORDERS the following:

(1) Garnishee's motion for summary judgment [72] is GRANTED in its entirety;

(2) Plaintiffs' corrected motion for summary judgment [101] is DENIED;

(3) all claims are DISMISSED;

(4) all pending motions, including the motion to strike designation of expert [81], motion to designate expert [83], motion to appeal magistrate decision [107], motion for hearing and oral argument on motion to appeal [108], and motion for entry of default [117], are DENIED AS MOOT; and

(5) this case is CLOSED.

All memoranda, depositions, declarations, and other materials considered by the Court in ruling on these motions are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this, the 10 day of August, 2015.

_____
SENIOR U.S. DISTRICT JUDGE